STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-577
consolidated with 05-576


DAVID MCALPIN, ET UX.

VERSUS

STATE OF LOUISIANA, DEPARTMENT OF
WILDLIFE & FISHERIES, ET AL.


************

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT,
PARISH OF RAPIDES, NOS. 203,254 and 203,890,
HONORABLE HARRY F. RANDOW, DISTRICT JUDGE

************

MICHAEL G. SULLIVAN
JUDGE

************

Court composed of Sylvia R. Cooks, Michael G. Sullivan, and James T. Genovese, Judges.


**AFFIRMED.**


Daniel E. Broussard, Jr.
Broussard, Bolton, Halcomb & Vizzier
Post Office Box 1311
Alexandria, Louisiana 71309-1311
(318) 487-4589
Counsel for Plaintiffs/Appellees:
    Carla Rachal
    David McAlpin
    Leslie McAlpin

Lewis O. Lauve, Jr.
Special Assistant Attorney General
Post Office Box 307
Alexandria, Louisiana 71309-0307
(318) 449-1937
Counsel for Defendants/Appellants:
    State of Louisiana, Department of Wildlife & Fisheries
    Kelly Fannin

SULLIVAN, Judge.

For the reasons assigned in *Carla Rachal v. State of Louisiana, Department of Wildlife & Fisheries, et al.*, 05-576 (La.App. 3 Cir. __/__/05), ___ So.2d ___, the judgment of the trial court is affirmed. All costs of this appeal are assessed to the State of Louisiana, Department of Wildlife and Fisheries, and Kelly Fannin.

**AFFIRMED.**